UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EEOC

          Plaintiff,

10 C 7399 ( )

-against-

New York University     Defendant.

----------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending      [ ] I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Gillian Lathrop Thomas

[X] Attorney

    [X] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number: GT-3755 ; My State Bar Number: 4314506

    [ ] I am a Pro Hac Vice attorney

    [X] I am a Government Agency attorney

[X] Law Firm/Government Agency Association

    From: Vladeck, Waldman, Elias & Engelhard

    To: Equal Employment Opportunity Commission

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

[X] Address: EEOC, 33 Whitehall St., 5th Floor

    New York, NY 10004

[X] Telephone No.: 212-336-3770

[X] Fax No.: 212-336-3623

[X] E-Mail Address: gillian.thomas@eeoc.gov

Dated: 9-28-10

                        ATTORNEY'S SIGNATURE